Southern District of Florida
Miami, Florida

Alan Bradly Kircher

Vs.

Doctor Solorzano
Florida Department of Corrections

00- 4068

Case No: _____

CIV - HUCK
MAGISTRATE JUDGE
SORRENTINO

## Amendment to Complaint

The plaintiff Alan Bradly Kircher, Pro-Se Here in Submitts the Forgoing Amendment to Complaint and has Respectfully Invoked the Jurisdiction under Title 42 U.S. Constitution Section 1983.

The plaintiff in This cause Hold's Doctor Solorzano, The Department of Corrections, Dade Correctional and The State of Florida liable In His Individual and Official Caparity for Neglect, and deliberate Indifference To The plaintiff's Medical Need's By Denying The plaintiff Medical Care For A Serious Medical Problem with His Left Thith and Right Shoulder in which Resulted In The Plaintiff Suffering with Sever physical Pain and Also Psychological Problem(s) In which does Constitute Cruel and unusual Punishment In The direct Violation of The eighth Amendment of The U.S Constitution.



Plaintiff Seeks from this Court an order awarding him the total Sum of $5,000,000.00 directly against the defendant(s) Doctor Solorzano and the Florida Department of Corrections in the Cause.

## Fact(s)

The plaintiff state(s) in 1998 and 1999 where he was in the Florida Department of Corrections "Dade Correctional Institution". He states that he was having promblem(s) with his Right Shoulder, He got X-Ray(s) and an M.R.I in which showed My Rotator Cuff had a tear He was then Brought to Physical Therapy and had Multiple Injection(s) which did no good. I was then Sent to North Florida Reception Center where I Received Every thing But Surgery which I Needed.
The plaintiff was Released from prison Before the Surgery Could be done He had Surgery done on his own. On June 20th, 2000 He was Received Back in prison at South Florida Reception Center, He informed all of the Medical Staff of his Right shoulder Surgery But was placed on the Top Bunk Anyway's and force to use his Right arm and Shoulder and in the Prossess Rehurt his Right shoulder. He Brought this to the Medical Staff's attention on June 23, 2000. Since this Time He has filed a Number of Request(s), informal Greivance(s) and formal Grievance(s) all of which were approved Yet! Nothing has Been done. The Plaintiff's Medical Record(s) will Reveal the foregoing fact(s) in this Case to be True and Correct.

The Plaintiff Alan Bradly Kircher will State Fact(s) to the Court which will prove that while at "Dade Correctional Institution" He went to Sick Call Enough Time's Complaining of the Pain He was Having with his Right Shoulder and Left thith He Stated that He was in So Much Pain But He had to go with out Treatment Because There was along list of other Inmates who had to be Seen.

THEREFORE THE Plaintiff would have to wait for Six (6) weeks before he could receive any needed Medical Treatment. Where as the Plaintiff has to continue to suffer severely with Physical Pain and Psychological and Emotional Problems because of the Medical Neglect on Behave of the Doctor's at Dade Correctional Institution the plaintiff has started a Cognizable Claim under Section 1983 Therefore Doctor Solorzano act(s) are evidence to His deliberate Indifference for The Plaintiff's Medical Need's.

The Defendant has Failed His duty while acting under The Code of State Law. Placeing The Plaintiff under a lot of Mental Stress as well as severe pain and suffering.

WHEREAS THE Plaintiff Has stated a Claim for Relief under Title 42 U.S.C. Sec. 1983 In <u>WHitHorn vs. Harvelson 753 F. 2d 1416, 1419 (11th Cir. 1985)</u> Plaintiff Has also stated Proven Fact's and Affirmative Casual Connection Between Him and The defendant Resulting In The deprivation of The plaintiff's Constitutional Right's.
See: E.G. <u>Williamso vs. Bennett 689 F. 2d 1370 (11th Cir 1982)</u> Also: <u>Mclaughlin vs. City of Lagrange 662 F. 2d 1385 (11th Cir 1981)</u>.

Each Individual defendant can be Held only liable for what He\She did Personally and not For any Recklessness on The part of any other official Single or as a Group. See <u>Bennett vs Passic 54 F 2d 1260, 1262-63 (10th Cir 1978)</u> (Personal Participation is an Essential Allegation in a 1983 Claim)

Where as Based on The Forgoing Fact(s) stated Herein The Plaintiff pray's that this Honorable Court will enter in and on his behalf.

Respectfully Submitted

*Alan B Kircher*

ALAN BRADLY KIRCHER

UNNOTORIZED OATH

State of Florida

County of Dade

Under the penalties and authority of Section 92.525 F.S. and State vs. Sheaver 628 So.2d 104 makes the following oath under the penalties of perjury. The Plaintiff hereby declares that he did contain the following\above and forgoing Amendment to Complaint and that the facts stated here in are true and correct.

Done this 23 day of October 2000

s\ Alan B Kuchu